UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 16-0574 FMO (AFMx) | Date | August 30, 2016 |
|---|---|---|---|
| Title | Sream, Inc. v. Venice Beach Collection, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**  (In Chambers) Order Dismissing Action With Prejudice

Pursuant to the Joint Stipulation Dismissing Rashmi Patel From the Action (Dkt. 27) filed on August 29, 2016, IT IS ORDERED THAT this action is **dismissed with prejudice**.  The court will not retain jurisdiction to enforce the settlement agreement.  See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |